The Taylor Provision Company, respondent,

*v.*

Andrew H. Edwards, appellant.

[Argued June 29th, 1911.   Decided November 20th, 1911.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Walker, whose opinion is reported *ante p. 142.*

*Messrs. Vroom, Dickinson & Scammell,* for the respondent.

*Mr. Linton Satterthwait,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed for the reasons stated in the opinion filed in the court below by Vice-Chancellor Walker.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, VOORHEES, KALISCH, BOGERT, VREDENBURGH, CONGDON, WHITE—12.

*For reversal*—None.